# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Siong Loong Choong,
Plaintiff(s),
v.
U.S. Customs and Border Protection,
Defendant(s).

Case No. 2:24-cv-02173-RFB-NJK

**Order**

[Docket No. 16]

Pending before the court is Plaintiff's motion for order directing the United States Marshal to serve. Docket No. 16. This motion is properly resolved without a hearing. *See* Local Rule 78-1.

Federal Rule of Civil Procedure 5 governs service of pleadings subsequent to the original complaint. Rule 5(a)(2) provides: "No service is required on a party who is in default for failing to appear."

Plaintiff served a complaint on Defendant on June 22, 2026. Docket No. 15. Plaintiff now requests the Court to order the United States Marshal to serve Plaintiff's renewed motion for entry of clerk's default upon Defendant. Docket No. 16. Thus, this motion is a pleading subsequent to the complaint and subject to Rule 5(a)(2). Pursuant to Rule 5(a)(2), if Defendant is in default, as Plaintiff alleges in the motion, service on Defendant is not required.

Accordingly, the motion for order directing the United States Marshal to serve is **DENIED**. Docket No. 16.

IT IS SO ORDERED.

Dated: September 14, 2026

Nancy J. Koppe
United States Magistrate Judge